*Pamela S. Nagy*, special assistant public defender, in opposition.

Decided July 3, 1997

STATE OF CONNECTICUT *v.* FERMIN ADORNO, JR.

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 187 (AC 15747), is denied.

*Mark Rademacher*, assistant public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided July 3, 1997